IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ANTHONY JOEL MAYNOR, aka Ant ) <br> ) <br> Defendant. ) | PETITION TO OPEN YOUTH RECORDS <br><br> DOCKET NO. CR 20-041-GF-BMM |

Whereas the above-named defendant has pled guilty to Possession with Intent to Distribute Controlled Substances in the United States District Court for the District of Montana, the Petitioner requests all records pertaining to the defendant including law enforcement records; Cascade County Youth Court records, Cascade County Youth Probation records, medical records; any mental health and/or substance abuse assessments/evaluations, progress notes and discharge summaries, be made available for the purpose of preparing a Presentence Investigation Report for the Court.

Respectfully submitted,

_____
Antoinette M. Wells
United States Probation Officer

January 7, 2021
Date

===============================
**ORDER**
===============================

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order this  7th  day of January, 2021, the release of pertinent records concerning **ANTHONY JOEL MAYNOR** including law enforcement records; law enforcement records; Cascade County Youth Court records, Cascade County Youth Probation records, medical records; any mental health and/or substance abuse assessments/evaluations, progress notes and discharge summaries, , be made available to United States Probation for the purpose of preparing a Presentence Investigation Report for the Court.

_____
Brian Morris, Chief District Judge
United States District Court